# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

June 10, 2022

**_Via Electronic Filing_**
The Honorable Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Ramos v. City Wav Corp. et al*
         Case No.: 22-cv-990

Dear Honorable Magistrate Judge Merkl:

 This law firm represents Plaintiff Jose Ramos (the "Plaintiff") in the above-referenced action.

 Pursuant to Your Honor's April 25, 2022 Status Report Order this letter respectfully serves to provide the Court with a status report in the above-referenced action.

 Plaintiff is in the process of amending the complaint to add "Vadim Kulishevskiy"[1] and "Ronald V. Ogrady" to the action, as Plaintiff's employers under the NYLL and FLSA.

 Plaintiff is also in the process of drafting a motion for default judgment against Defendant City Wav Corp.

 We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

 Thank you, in advance, for your time and consideration.

              LEVIN-EPSTEIN & ASSOCIATES, P.C.

          By: */s/ Jason Mizrahi*
            Jason Mizrahi
            60 East 42nd Street, Suite 4747
            New York, NY 10170
            Tel. No.: (212) 792-0048
            Email: Jason@levinepstein.com
            *Attorneys for Plaintiffs*

---

[1] Plaintiff respectfully requests that the Court take judicial notice of a parallel proceeding in this District Court involving the same parties, captioned, *Sudilovskiy et al v. City WAV Corp. et al* (Case No.: 1:22-cv-00469-DG-RLM).