# LEVIN-EPSTEIN & ASSOCIATES, P.C.
---
60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

April 14, 2023

*<u>Via Electronic Filing</u>*
The Honorable Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

              Re:    *Ramos v. City Wav Corp. et al*
                        Case No.: 22-cv-00990

Dear Honorable Magistrate Judge Merkl:

      This law firm represents Plaintiffs Jose Ramos, Makhinbonu Narzullaeva, Javohir Juraev, Azizjon Kakhramonov and Bakhron Manarakhinop (collectively, the "Plaintiffs") in the above-referenced action.

      Pursuant to Your Honor's March 2, 2023 Order this letter respectfully serves to provide the Court with a status report in the above-referenced action.

      As of April 11, 2023, Clerk's Certificates of Default Judgment were entered as against each non-appearing Defendant in this action. [*See* Dckt. No. 36].

      Plaintiffs are currently in the process of finalizing a motion for default judgment against the Defendants.

      We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

      Thank you, in advance, for your time and consideration.

                                                           LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                By:   */s/ Jason Mizrahi*
                                                        Jason Mizrahi
                                                         60 East 42nd Street, Suite 4747
                                                        New York, NY 10170
                                                        Tel. No.: (212) 792-0048
                                                        Email: Jason@levinepstein.com
                                                        *Attorneys for Plaintiffs*